# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF FLORIDA

# WEST PALM BEACH DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE No. 20-11431-EPK
CHAPTER 13

In RE: TAMIKO N PEELE,

    Debtor

*Post- Confirmation*

_____/

TAMIKO N PEELE.,
*Reorganizer, Creditor-Appellant(s),*
vs.

CHAPTER 13 TRUSTEE, JOANNA P. TEMPONE, ROBIN R. WEINER, P.A.
*Reorganizer, Creditor- Appellee(s)*
vs.

and

THE UNITED STATES DEPARTMENT OF EDUCATION, KELEY JACOBSON P.A., SOVATHARY KELEY JACOBSON, KENNETH DRAKE OZMENT, OZMENT LAW P.A., BARRY STEVEN MITTELBERG, FLORIDA DEPARTMENT OF EDUCATION, WELLS FARGO EDUCATION FINANCIAL SERVICES NELNET SERVICING LLC, NELNET TOTAL & PERMANENT DISABILITY, NELNET, INC, ECMC, ECMC GROUP, EDUCATION CREDIT MANAGEMENT CORPORATION GROUP, PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC EXPERIAN INFORMATION SOLUTIONS, INC,TRANSITIONAL GUARANTY AGENCY, ACCOUNT FFEL ONSOLIDATEDMONETARY OF $31,713.00 AND CONTENTS THEREIN, THE UNITED STATES DEPARTMENT OF TREASURY BUREAU OF THE FISCAL SERVICE Acct#05264757386, THE UNITED STATES SOCIAL SECURITY, ADMINISTRATION and its' staff VELMA T BLAINE, ANTONIO MIGUEL QUINONES, BRIAN GARBER, ROSE MARY C BUEHLER, GAIL S. ENNIS, JAMES PEAVY, BRIDGETT R. JOHNSON, THE UNITED STATES POSTAL SERVICE,CLAIM#2, The Individuals, Corporations, Partnerships, Unincorporated Jane Does, John Does and all unknown persons who claim any interest in the subject matter of this action, and the Contents Therein identified on the contract of TRANSITIONAL GUARANTY AGENCY, et al.,

                  *Creditor-Debtor-Appellee(s),*

THE UNITED STATES BANKRUPTCY COURT for the District of Florida, West Palm Beach Southern Division of Florida Case No.20-11431-EPK
Hon. Erik P. Kimball U.S. Judge At the United States District Court For the Southern District of Florida

**TAMIKO N PEELE NOTICE OF APPEAL**

1

# TABLE OF CONTENT

*Page*

I.  TABLE OF CONTENT………..………………………………………………………….2

II.  NOTICE OF APPEAL……………….……………………….....….…....…..……3-5

III. STATEMENT OF ISSUES PRESENTED TO THE STUDENT LOAN PROGRAM……6-7

IV. INDEX OF DESIGNATED RECORDS ON APPEAL …………..……..………..…8

CERTIFICATION OF SERVICE……….…………….…………..….......…………..8—10

## II. NOTICE OF AMENDED APPEAL

**NOTICE IS HEREBY GIVEN** that the **Tamiko N Peele,**. As *Reorganizer, Creditors, Appellant and Co-Appellant and Plaintiffs,* files their ***NOTICE OF APPEAL*** [D.E.No.193] to United States District Court Southern District of Florida Division of West Palm Beach as to ***Case Number: 20-11431-EPK,*** from the United States District Court's and the United Stated Bankruptcy Court being of the Southern District of Florida THE UNITED STATES DEPARTMENT OF EDUCATION, KELEY JACOBSON P.A., SOVATHARY KELEY JACOBSON, KENNETH DRAKE OZMENT, OZMENT LAW P.A., BARRY STEVEN MITTELBERG, FLORIDA DEPARTMENT OF EDUCATION, WELLS FARGO EDUCATION FINANCIAL SERVICES NELNET SERVICING LLC, NELNET TOTAL & PERMANENT DISABILITY, NELNET, INC, ECMC, ECMC GROUP, EDUCATION CREDIT MANAGEMENT CORPORATION GROUP, PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC, EXPERIAN INFORMATION SOLUTIONS, INC,TRANSITIONAL GUARANTY AGENCY, ACCOUNT FFEL CONSOLIDATED MONETARY OF $31,713.00 AND CONTENTS THEREIN, THE UNITED STATES DEPARTMENT OF TREASURY BUREAU OF THE FISCAL SERVICE Acct#05264757386, THE UNITED STATES SOCIAL SECURITY, ADMINISTRATION and its' staff VELMA T BLAINE, ANTONIO MIGUEL QUINONES, BRIAN GARBER, ROSE MARY C BUEHLER, GAIL S. ENNIS, JAMES PEAVY, BRIDGETT R. JOHNSON, THE UNITED STATES POSTAL SERVICE,CLAIM#2, The Individuals, Corporations, Partnerships, Unincorporated Jane Does, John Does and all unknown persons who claim any interest in the subject matter of this action, and the Contents Therein identified on the contract of TRANSITIONAL GUARANTY AGENCY, et al., as a Non-Direct Pay, Unsecured, Non priority, Restriking, Re-disallowing and Re-Discharging Claims#2 as *Appellees, Debtors and Defendants* in the above named case. The Notice of Appeal as to United States District Court Southern District of Florida Division of West Palm Beach Orders and Opinions thereto or underlying the Order of Denials, including the Findings of Fact and Conclusions of Law, to Final and all previous and current rulings, opinions, proceedings, orders, findings, and decisions (whether oral or written). The Appeal [D.E.No.193], will consist of *Justice of Justice Erik P Kimball Order's* [D.E.No.193], [D.E.No.119],

[D.E.No.183],[D.E.No.47],] and [D.E.No.64], In additional to include The FLORIDA FOURTH DISTRICT COURT OF APPEALS as to SPENCER D LEVINE, JONATHAN D. GERBER, ROBERT M. GROSS, MARTHA C. WARNER, ALAN O.FORST, JEFFREY T KUNTZ MELAINE G. MAY, LISA S WALSH, LONN WEISSBLUM and LYNN COLLETTI, the Florida Seventeenth (17th) Circuit Civil Lower State Judicial Officer Judge Lisa Carol Phillips, Lower State Judicial Officer Judge Milly Powell and Lower State Judicial Officer Judge Frank J Lynch, and Florida Nineteenth (19th) Circuit Civil Lower State Judicial Officer Judge Elizabeth Ann Metzger, Judicial Officer Judge Janet Carney Croom, Judicial Officer Judge Barbara Bronis Orders and Opinions thereto or underlying the Order of Denials, including the Findings of Fact and Conclusions of Law, to Final and all previous and current rulings, opinions, proceedings, orders, findings, and decisions (whether oral or written ).to Final to Deny Reorganizers, Creditor and all previous and current rulings, opinions, proceedings, orders, findings, and decisions (whether oral or written), Interlocutory thereto or underlying the Order of Denials, including the Findings of Fact and Conclusions of Law entered on May 10, March 9, 2021 and March 10, 2021. ***A trial court has broad discretion and inherent power to stay discovery until preliminary1 questions that may dispose of the case are determined." Petrus v. Bowen, 833 F.2d 581, 583 (5th Cir. 1987). The Court also has the "power and the duty to define the issues at the earliest stages of litigation" in order to avoid "a massive waste of judicial and private resources." Johnson Enterprises of Jacksonville, Inc. v. FPL Group, Inc., 162 F.3d 1290, 1333 (11 Cir. 1998).*** ] The Court exercises its Broad Discretion as to the Malicious Injures as Legal Malpractice that is continuing in Nature against **OZMENT LAW P.A., KENNETH DRAKE OZMENT, KENNETH DRAKE OZMENT P.A., KELEY JACOBSON P.A., SOVATHARY KELEY JACOBSON, JEANICE COLON, and DEANNA SIMMONS, in which directly related matters were** entered in this action on May 10, 2021.March 10, 2021 and March 10, 2021. Those orders allow for immediate Appeal as to the entire record and from all previous rulings in this action, including the Order and Memorandum Opinion with or without Prejudice, entered in this action as an Final Order on May 10,

4

2021 and in all Related Cases on Appeal as to this Court ***Broad Discretion*** that has been invoked in Both Matters in additional relation to the Bankruptcy Fraud and Malicious Injury as to Restitution, Relief, Damages and Declaration in which the acts are continuing in nature.

### III.    STATEMENT OF ISSUES PRESENTED TO THE STUDENT LOAN PROGRAM

1. Once The Department of Education and it's Servicer Nelnet TPD Notified the Tamiko N Peele and Tamika Peele on Jan 8, 2015 and states .."*Loan Discharge Application Approved...*", are The Tamiko N Peele loans Discharged as of Jan 9, 2018 as to the fulfill of the Enforced Dischargeable Compliance Policy and Procedures once receiving the yearly documents within the Three(3) Year Monitoring Period of Compliance?  Or Can The United States Department of Education, The Florida Department of Education, Nelnet Inc, ECMC, Experian and  PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC. not notifying the Tamiko N Peele,  however, Change the Reorganizers(s) Name and address to The Barry Steven Mittelberg d/b/a/ Barry S Mittelberg P.A., Classify a  Discharged Loan as Reinstated and Defaulted, while charging Accruing, Interest, Principal and Lawyer Expenditures and Demand the Reorganizers File a "New Application" and alter and amend  The Three(3) Year Monitoring Period of Compliance, while  Maliciously Initiating and  Report Defamatory Slanderous Statements of  collection Practices,  after The Reorganizers Filed a Bankruptcy Petition, Received a 100% Confirmed Plan in n Violations of  Bankruptcy Act, Imposition of Stay, HIPPA, FCRA 15 U.S. Code § 1681s-2(b) and FCCPA § 559.55, Florida Statutes,et seq.?

2. Does *THE UNITED STATES TRUSTEE PROGRAM,* The United States Chapter 13 Trustee, The United States Chapter 13 Trustee, JOANNA PIZZARELLO TEMPONE, ROBIN R. WEINER, P.A., ROBIN R WEINER, The United States Social Security Administration,  The United States  Department of Treasury, Internal Revenue Services, The Florida Department of Treasury, The United States Department of Education, The Florida Disability Determination, The State of Florida Department of Education and The Florida Bar continue to be the  Rule of Law and the Jurisdictional Operating Controlling enforced compliance of policies and procedures when The Bankruptcy Act is invoked through a petition?

6

3. Once a United States Citizen files a Bankruptcy Act Petition in the United States Bankruptcy Court of Florida, West Palm Beach Division, Does *THE UNITED STATES TRUSTEE PROGRAM,* The United States Chapter 13 Trustee, JOANNA PIZZARELLO TEMPONE, ROBIN R. WEINER, P.A. ROBIN R WEINER, The United States Social Security Administration, The United States Department of Treasury, Internal Revenue Services, The Florida Department of Treasury, The United States Department of Education, The Florida Disability Determination, The State of Florida Department of Education and The Florida Bar have Jurisdiction to amend, alter and bypass the National Supremacy Clause of The United States Constitution as to the Bankruptcy Act Protections and the United States Constitution Bill of Rights and It's Amendments?

4. After a 100% Confirmed Plan Can The United States Chapter 13 Trustee, JOANNA PIZZARELLO TEMPONE, ROBIN R. WEINER, P.A and ROBIN R WEINER use *THE UNITED STATES TRUSTEE PROGRAM to Dismiss and abolish the Reorganizers Confirmed Plan that the* Joanna Pizzarello Tempone, Robin R Weiner, P.A., Robin R Weiner, Kenneth Drake Ozment, K Drake Ozment P.A., Sovathary Keley Jacobson, Keley Jacobson P.A., Deanna Simmons, Barry S Mittelberg P.A., Barry Steven Mittelberg, John D Eaton, The United States Social Security Administration, The United States Internal Revenue Services, The Florida Department of Treasury, The United States Department of Education, The Florida Disability Determination, The State of Florida Department of Education and The Florida Bar Lawyers collectively use enforced compliance to Reinstate Discharges, Reinstate Liabilities, Reinstate Liens, Reinstate Debts, and Agree to Stipulations that were not Claimed and or Not objected that allows the Joanna Pizzarello Tempone, Robin R Weiner, P.A. and Robin R Weiner to violate The *US Supreme Court Decision In: Local Loan Co. v. **Hunt**, 292 U.S. 234, 244 (1934)?*

## VI. INDEX OF DESIGNATED RECORDS ON APPEAL

| PAGE NUMBERS | DOCUMENT DESCRIPTION | DATE |
|---|---|---|
| | Justice of Justice Honorable Erik P Kimball Order As Docketed Entries [D.E. No.193] | May 10, 2021 |
| | The Reorganizers Motion For Referral To the Student Loan Program and request for Federal Questions that was DENIED on May 10, 2021 | May 3, 2021 |
| | Justice of Justice Honorable Erik P Kimball Order As Docketed Entries [D.E. No.119] | November 3, 2020 |
| | This Records Represent the ECMC Motion for Rehearing of RE:64 Order Sustaining Objection to Claim No.2 as to Justice of Justice Honorable Erik P Kimball Order As Kenneth Drake Ozment Withdrawal Docketed Entries [D.E. No.83] | August 13, 2020 |
| | This Record of Designation Justice of Justice Honorable Erik P Kimball Order Sustaining Objection to Claim(s)#2[RE:47} [D.E. No.64] | July 17, 2020 |
| | This Record of Designation as to Ozment Law P.A., Kenneth Drake Ozment, etal Objection to Claim(s)#2[ RE:47} [D.E. No.47] | June 15, 2020 |

Dated: May 10, 2021

Mrs. Tamiko N Peele<br>
<i>s/s Tamiko N Peele</i><br>
4001 SW Melbourne Street<br>
Port Saint Lucie, Florida 34953<br>
Telephone 954-709-0102<br>
<i>Reorganizer-for-Reorganizer(s)</i>

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on May 10, 2021 the Reorganizer filed the foregoing that a true and correct document with the Clerk of Court via in person as a "PRO SE" litigant and the conventional way as "PRO SE" are required to do. Appellant(s) certify that the foregoing document is being served this day on all parties apart of the Reorganizers Verified Motion For Referral as to The Student Loan Program(SLP) Proceedings as to the interested parties and or

their counsels of record and or functioning as pro se parties identified on the attached Service List in the manner specified, wither via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as the US Mail and or Electronic Mail.

SERVICING LIST

JOHN D EATON
SHAWDE & EATON
1792 Bell Tower Ln
Weston, Florida 33326-3682
Telephone: 954-376-3176
Email: jeaton@shawde-eaton.com
**Defendant Creditor Lawyer**

BARRY S MITTELBERG
BARRY S MITTELBERG P.A
10100 W Sample Road, Ste 407
Coral Springs, Florida 33065
Telephone: 954-752-1213
Email: barry@mittelberglaw.com
**Defendant Lawyer**

KEVIN DRAKE OZMENT
OZMENT LAW
2001 Palm Beach Lakes Blvd, Ste 410
West Palm Beach, Florida 33409-6516
Telephone: 561-689-6789
Email: wizard@drakeozment.com
**Defendant Debtor Lawyer**

UNITED STATES TRUSTEE
Hon. ROBIN WEINER
P.O. Box 559007
Fort Lauderdale, Florida 33355
Telephone: 954-382-2001
Email: robinweiner@ch13weiner.com

Education Credit Management Corporation
1 Imation Place
Oakdale, MN 55128
Email: jhines@ecmc.org
**Defendant Creditor**

Transitional Guaranty Agency
P.O. Box 16408
St. Paul, MN 55116
Email: ombudsman@ecmc.org
**Defendant Creditor**

Nelnet Educational Finance
3015 S Parker Road, Ste 400
Aurora, Co 80014
Telephone:
**Defendant Creditor**

ACS Loan Servicing
2828 N Haskell Avenue
Dallas, TX 75204
**Defendant Creditor**

Wells Fargo and Company
420 Montgomery Street
San Francisco, CA 94104
**Defendant Creditor**

Nelnet, Inc and Board of Directors
Lincoln Square Building
121 S 13th Street, Suite 201
Lincoln, NE 68508
**Defendant Creditor**

U.S. Department of Education
FSA Ombudsman
830 First Street, NE,
Fourth Floor
Washington, DC 20202-5144
Email: ombudsman@ecmc.org
**Defendant**

Education Credit Management Corporation
and Board of Directors
111 Washington Ave. S., Suite 1400
Minneapolis, MN 55401

The United Stated Social Security Administration
Regional Manager Velma Blaine
3201 W Commercial Blvd, Ste 100
Fort Lauderdale, Florida 33309
Telephone:1 800 772 1213
Email: velma.blaine@ssa.gov
**Defendant**

Florida Department of Education,
Office of Student Financial Assistance
And its Director Lou Anne Standley
325 West Gaines St, Suite 1314
Tallahassee, Florida 32399-0400
Email: LouAnne.Standley@fldoe.org
Email: Benman.Szeto@fldoe.org
**Defendant**

Florida Division of The Treasury
Tanner Collins, Director
200 East Gaines Street
Tallahassee, Florida 32399
Email: tanner.collins@myfloridacfo.com
Telephone: 850 413 3165
**Defendant**

The United States Secretary Education
400 Maryland Avenue, SW,
Washington, DC 20202-1100
Telephone: 800 421 3481
**Defendant**

ACS Education Services, A Xerox Company
2277 East 220th Street,
Long Beach, CA 90810
**Defendant Creditor**

U.S. DEPARTMENT OF TREASURY
BUREAU OF THE FISCAL SERVICE
OFFSET UNIT
Liberty Center Building 401 14th St., SW
Washington, DC 20227
Telephone: 202 874 6950
**Defendant**

Florida Board of Education
325 W Gaines St, Suite 1514
Tallahassee, Florida 32399
Telephone: 850 245 0505
Email: LouAnne.Standley@fldoe.org
**Defendant**